UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-01320-SSS-SPx | Date | March 13, 2024 |
|---|---|---|---|
| Title | State Farm Life Ins. Co. v. Lorin Aleta Singer-Mackey, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
None Present    None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE REGARDING LORIN A. SINGER-MACKEY**

On January 22, 2024, Plaintiff State Farm Life Insurance Company notified the Court that it received Defendant Lorin A. Singer-Mackey's purported answer to its complaint.[1] [Dkt. 25]. On February 13, 2024, the Court issued an order requiring Lorin to separate file her answer by March 1, 2024. [Dkt. 27]. Seeing as Lorin has not yet made an appearance in this case, State Farm was also ordered to serve a copy of the February 13 Order on Lorin by February 26, 2024. [*Id.* at 2]. State Farm filed a proof of service showing it served the February 13 Order on Lorin on February 15, 2024. [Dkt. 28]. As of today's date, there is no evidence on this docket that Lorin has properly served and filed her answer on State Farm, and State Farm has not requested that the Clerk of Court enter default against Lorin.

---

[1] After reviewing the proof of service attached to the purported answer, the Court is skeptical Lorin properly served the answer under Federal Rule of Civil Procedure 5(a).

      Accordingly, State Farm is **ORDERED TO SHOW CAUSE** in writing why Lorin should not be dismissed for its failure to prosecute.  State Farm may alternatively discharge this order by (1) voluntarily dismissing Lorin from the case or (2) filing a request for default against Lorin.  State Farm's response, dismissal, or request is due **March 29, 2024**.  A hearing on this matter is set for **April 5, 2024, at 1:00 p.m.** via Zoom videoconference.

      **IT IS SO ORDERED.**