J S - 6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STATE FARM LIFE INSURANCE COMPANY,

               Plaintiff,

    v.

LORIN ALETA SINGER-MACKEY, et al.

               Defendants.

Case No. 5:23-cv-01320-SSS-SPx

**JUDGMENT**

Pursuant to the Order Denying State Farm Life Insurance Company's Motion for Default Judgment as to Ariel Mackey and Dismissing This Case Without Prejudice, this statutory interpleader action is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 18, 2024

_____

SUNSHINE S. SYKES
United States District Judge

-1-